**94–103.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On *pro se* motion for substitution of counsel. Motion denied.

F.E. SWEENEY, J., not participating.

**94–705.** Community Mut. Ins. Co. v. Tracy. Board of Tax Appeals, No. 91–J–418. On request for argument before full court. Request granted.

**94–751.** Meijer Realty Co. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, No. 93–R–1047. *Sua sponte,* this cause is consolidated with 94–790, *Thrifty Findlay, Inc. v. Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 93–M–1050; 94–791, *Thrifty Findlay, Inc. v. Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 93–H–1051; and 94–888, *Meijer Realty Co. v. Franklin Cty. Bd. of Revision,* No. 93–A–1046.

**94–1245.** Aronson v. Tracy. Board of Tax Appeals, No. 92–H–467. On request for argument before full court. Request granted.

RESNICK, J., dissents.

**94–1769.** State ex rel. Newton v. Court of Claims of Ohio. In Mandamus and Prohibition. On motion to dismiss. Motion denied and briefing schedule set.

**94–1783.** State ex rel. Roberts v. Ohio State Hwy. Patrol. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

**94–2086.** State v. Elkins. *Stark County,* No. CA–8972. On motion for appointment of counsel. Motion denied.

WRIGHT, J., dissents and would appoint the State Public Defender.

**94–2142.** State v. Everette. *Montgomery County,* No. 13440. On motion for leave to file delayed appeal. Motion denied.

**94–2208.** State v. Phillips. *Summit County,* No. 16487. On motion for appointment of counsel. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–2260.** State v. Branco. *Cuyahoga County,* No. CA8618. On motion for leave to file delayed appeal. Motion denied.

**94–2280.** State v. Alford. *Seneca County,* No. 13–94–7. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–2290.** Dick v. Superior Metal Products. *Hamilton County,* No. C–930689. On motion for admission *pro hac vice.* Motion granted.